**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6280**

_____

HAZEL STOUDEMIRE, JR.,

        Plaintiff - Appellant,

    v.

SERGEANT THOMAS, Prison Guard; LIEUTENANT PRIESTER; CAPTAIN
LIVINGSTON,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at
Charleston.  Joseph F. Anderson, Jr., Senior District Judge.  (2:21-cv-01230-JFA)

_____

Submitted:  November 22, 2022           Decided:  November 28, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Hazel Stoudemire, Jr., Appellant Pro Se.  William Henry Davidson, II, DAVIDSON,
WREN & DEMASTERS, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hazel Stoudemire, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Stoudemire's 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies and declining to exercise supplemental jurisdiction over his state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Stoudemire v. Thomas*, No. 2:21-cv-01230-JFA (D.S.C. Mar. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*